**DISMISS and Opinion Filed July 17, 2024**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00459-CV

**SAMMIE T. WALKER, Appellant**
**V.**
**AVINASH D. GAIKWAD AND SHERYL LOBO, Appellees**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-00688-2024**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcards dated April 18, 2024 and May 17, 2024, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated April 18, 2024, we informed appellant the docketing statement was due and directed appellant to file the docketing statement within ten days. By letter dated June 10, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the

clerk's record.  We directed appellant to provide, within ten days, verification he (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/

ROBERT D. BURNS, III

240459F.P05                                    CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

SAMMIE T. WALKER, Appellant

No. 05-24-00459-CV     V.

AVINASH D. GAIKWAD and
SHERYL LOBO, Appellees

On Appeal from the County Court at
Law No. 1, Collin County, Texas
Trial Court Cause No. 001-00688-
2024.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered July 17, 2024